# Court of Appeals
# of the State of Georgia

ATLANTA, January 24, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0823. ROBERT J. MARTIN v. THE STATE.**

In November 2019, Robert J. Martin pleaded guilty to theft by receiving stolen property and making a false statement to law enforcement, and was sentenced to serve eight years on probation. On January 3, 2022, Martin filed this direct appeal from his conviction. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). "Compliance with this statutory deadline for filing a notice of appeal is an 'absolute requirement' to confer jurisdiction on an appellate court." *Collier v. State*, 307 Ga. 363, 371 (2) (834 SE2d 769) (2019) (citation omitted). Here, Martin filed his notice of appeal more than two years after the judgment of conviction was entered. Accordingly, we are without jurisdiction to consider Martin's appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 01/24/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.